IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WANDA NEWSOME, CATHERINE ESTES and SHAUNDA CLARK **PLAINTIFFS** | * * | |
| v. | * | CASE NO. 4:11 CV 5 (CDL) |
| ALL-PRO LOCK & TOW, INC. **DEFENDANT** | * | |

**ORDER**

The previous order dated January 18, 2012 is hereby vacated and this one is entered in its place. Currently before the Court is a joint motion filed by Plaintiffs Wanda Newsome, Catherine Estes and Shaunda Clark and Defendant All-Pro Lock & Tow, Inc., (collectively "the Parties"), requesting court approval of Plaintiffs' claims filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. ¶¶ 201-219. For the reasons that follow, the settlement will be approved and the parties' joint motion to dismiss the case with prejudice will be granted.

The court having satisfied itself that the parties, both represented by counsel, have resolved the disputes in a fair and reasonable resolution of a bona fide dispute arising under the FLSA. The Defendant will pay to Plaintiff Newsome the sum of $3,500.00 less applicable taxes and withholding, to Plaintiff Estes the sum of $2,500.00 less applicable taxes and withholding, and to Plaintiff Clark the sum of $3,500.00 less applicable taxes and withholding, and to the office of John W. Roper, Attorney for Plaintiffs, the sum of $8,500.00 in attorney's fees. The parties have agreed there is no admission of liability on the part of the Defendant.

Thus, it is hereby ORDERED and ADJUDGED as follows:

1. The settlement agreement among the parties is hereby APPROVED as being a fair, just, adequate and reasonable compromise of the disputed issues of law and fact in this action.

2. The joint motion for approval of settlement and for entry of dismissal with prejudice is hereby GRANTED.

3. It is hereby ORDERED that this case is DISMISSED WITH FULL PREJUDICE, with each party being their own costs.

This 19th of January, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE